THE CITY OF CAMDEN, APPELLANT, v. CIVIL SERVICE COMMISSION ET AL., RESPONDENTS.

Argued May 28, 1943—Decided September 16, 1943.

For the appellant, *Norman Heine*.

For the respondents, *William J. Shepp*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 13.

*For reversal*—None.